

# NUMBER 13-23-00016-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE RAYMOND RUTLEDGE FULP III

### On Petition for Writ of Mandamus.

# ORDER

**Before Justices Benavides, Tijerina, and Peña**
**Order Per Curiam**

On January 13, 2023, relator Raymond Rutledge Fulp III filed a petition for writ of mandamus and a motion to stay in this cause. By petition for writ of mandamus, relator contends that the trial court has abused its discretion by failing to enter a final decree of divorce in accordance with a mediated settlement agreement and by setting the final hearing for a date when counsel for relator is unavailable. By motion to stay, relator seek to stay the underlying proceedings pending resolution of this petition for writ of mandamus.

This Court, having examined and fully considered relator's motion to stay, is of the opinion that it should be granted. Accordingly, we grant the motion to stay, and we order the trial court proceedings, including the hearing set for January 18, 2023, to be stayed pending the resolution of this original proceeding. *See* Tex. R. App. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided."). We request the real party in interest, Cathy Fulp, or any others whose interest may be directly affected by the relief sought, to file a response to the petition for writ of mandamus within ten (10) days from the date of this order. *See id.* R. 52.4, 52.8.

PER CURIAM

Delivered and filed on the
13th day of January, 2023.